## In re Resignation of Johnson.

[Cite as In re Resignation of Johnson (1991), 59 Ohio St. 3d 601.]

(No. 91-549—Submitted March 20, 1991—Decided March 27, 1991.)

The resignation of Charles W. Johnson as an attorney is accepted; he must surrender his Certificate of Admission to the practice of law.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

## In re Resignation of Hadley.

[Cite as In re Resignation of Hadley (1991), 59 Ohio St. 3d 601.]

(No. 91-550—Submitted March 20, 1991—Decided March 27, 1991.)

The resignation of Walter F. Hadley, Jr. as an attorney is accepted.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.